# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| RACHEL TUDOR, | ) | |
| | ) | |
| Plaintiff-Intervenor | ) | |
| v. | ) | CASE NO. 5:15-CV-00324-C |
| | ) | |
| SOUTHEASTERN OKLAHOMA | ) | |
| STATE UNIVERSITY, and | ) | |
| | ) | |
| THE REGIONAL UNIVERSITY | ) | |
| SYSTEM OF OKLAHOMA, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION TO STAY DEADLINES AND DISCOVERY

For the reasons below, Plaintiff United States of America ("United States") respectfully requests that the Court stay all remaining deadlines and dates enumerated in the April 27, 2016 Scheduling Order (ECF No. 57) and all deadlines to respond to motions already filed or that are filed after the filing of this motion.  The United States further requests a cessation of discovery during the pendency of this stay.  The Defendants and Plaintiff-Intervenor do not oppose the relief requested in this motion.

On August 25, 2016, the United States advised the Court of the issuance of a preliminary injunction in *Texas v. United States*, No. 7:16-cv-00054 (N.D. Tex.), a case in which the State of Oklahoma is a plaintiff, and sought an extension of its deadline to file a Motion to Compel Related to Privilege Claims Over ESI (ECF No. 112).  At the

time, the United States informed the Court of its intent to seek clarification of the scope

of the *Texas* injunction and the potential need for extension of other deadlines.  *Id.*  The

United States has now sought clarification of the scope of that injunction (see Exhibit 1),

but the *Texas* court has not yet ruled as to whether it intended to cover this suit.

Therefore, in light of the imminent deadlines in this case, including the close of

discovery and dispositive motion deadlines on September 1, and the uncertainties as to

when the *Texas* court may clarify the scope of its injunction, the United States seeks a

stay of all remaining deadlines set forth in this Court's April 27, 2016 Scheduling Order

as well as deadlines to file responses to motions already filed or that are filed after the

date of this motion.  The United States further requests that the Court order a cessation of

discovery during the pendency of the stay because the United States wants to obtain

clarification from the *Texas* court before it conducts, responds to, or otherwise

participates in further discovery.

If the *Texas* court clarifies that its injunction does not cover this case, the United

States requests that this Court permit the parties, after consultation, to file a new proposed

schedule within one week of the *Texas* court's clarification.  If the *Texas* court rules

otherwise, the United States will notify this Court and request further scheduling relief.

This is the second time that the discovery deadline and all subsequent deadlines

enumerated in the Scheduling Order would be extended.

 For the foregoing reasons, the United States respectfully requests that the Court

enter the order filed with this Motion.

Respectfully submitted,

Date: August 31, 2016           VANITA GUPTA
                                Principal Deputy Assistant Attorney General
                                Civil Rights Division

                                DELORA L. KENNEBREW
                                Chief
                                Employment Litigation Section

                                MEREDITH L. BURRELL (MD no number issued)
                                Deputy Chief
                                Employment Litigation Section

                                /s/ Allan K. Townsend
                                ALLAN K. TOWNSEND (ME Bar No. 9347)
                                SHAYNA M. BLOOM (D.C. Bar No. 498105)
                                VALERIE MEYER (AZ Bar No. 023737)
                                Senior Trial Attorneys
                                Employment Litigation Section
                                Civil Rights Division
                                United States Department of Justice
                                950 Pennsylvania Avenue, NW
                                Patrick Henry Building, Fourth Floor
                                Washington, DC  20530
                                Telephone: (202) 616-9100
                                Facsimile:  (202) 514-1005
                                Allan.Townsend@usdoj.gov
                                Shayna.Bloom@usdoj.gov
                                Valerie.Meyer@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I served this document on all counsel of record through the Court's electronic filing system on the date below.

Date:  August 31, 2016           /s/ Allan K. Townsend

3