# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| RACHEL TUDOR, | ) |
| | ) |
| Plaintiff-Intervenor | ) |
| v. | )   CASE NO. 5:15-CV-00324-C |
| | ) |
| SOUTHEASTERN OKLAHOMA STATE UNIVERSITY, and | ) |
| | ) |
| THE REGIONAL UNIVERSITY SYSTEM OF OKLAHOMA, | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Without objection, the United States' Motion to Stay Deadlines and Discovery (ECF No. 117) is GRANTED. Pending clarification from the court in *Texas v. United States*, No. 7:16-cv-00054 (N.D. Tex.) that its injunction (filed in this Court as ECF No. 112-1) does not cover this case, (1) all deadlines set forth in the Court's Scheduling Order (ECF No. 57) are stayed; (2) all deadlines to respond to motions already filed, or that are filed after the filing of the United States' Motion to Stay Deadlines and Discovery, are stayed; and (3) all discovery is stayed. If the *Texas* court clarifies that its injunction does not cover this case, the parties shall confer immediately about all outstanding scheduling issues and file a proposed schedule with the Court no later than one week from the date of the *Texas* court's clarification. If the *Texas* court rules that its injunction covers this

1

case, the United States may seek additional scheduling relief from this Court.

    Dated this __ day of _____, 2016.

                                                         _____
                                                         ROBIN J. CAUTHRON
                                                         United States District Judge