# CURRICULUM VITAE

Robert Dale Parker					rparker1@illinois.edu
Department of English				(217) 398-3453 home
608 S. Wright St.					(217) 333-1606 office
University of Illinois				(217) 333-2391 department
Urbana, IL  61801					(217) 333-4321 department fax
USA							www.robertdaleparker.com

## EDUCATION

Yale University, Ph.D., English, 1980
    Dissertation director:  R.W.B. Lewis
Yale University, M.Phil., English, 1979
Yale University, M.A., English, 1978
Brown University, A.B., English and History, 1976

## PUBLICATIONS

### Books

*How to Interpret Literature:  Critical Theory for Literary and Cultural Studies.*  3rd edition.  New York:  Oxford University Press, 2015.

   Chinese translation.  Trans. Yang Xiaoqiang.  Wuhan:  Wuhan University Press, forthcoming 2017.

*Critical Theory:  A Reader for Literary and Cultural Studies.*  New York:  Oxford University Press, 2012.  Seventy selections with introduction and headnotes.

*How to Interpret Literature:  Critical Theory for Literary and Cultural Studies.*  2nd edition.  New York:  Oxford University Press, 2011.  Six printings.

*Changing Is Not Vanishing:  A Collection of American Indian Poetry to 1930.*  Philadelphia:  University of Pennsylvania Press, 2011.  Paperback edition, 2012.  Based on archival research, this book gathers a large body of poetry previously unknown to critics and historians, with extensive annotation and an extended introduction.

BOOKS, continued

*How to Interpret Literature:  Critical Theory for Literary and Cultural Studies.*  New York:  Oxford University Press, 2008. Six printings.

*The Sound the Stars Make Rushing Through the Sky:  The Writings of Jane Johnston Schoolcraft.*  Philadelphia:  University of Pennsylvania Press, 2007.  Paperback edition, 2008.  Based on archival research uncovering the first-known American Indian literary writer (1800-1842), this book includes a heavily annotated edition and a cultural and literary history and biography.

*The Invention of Native American Literature.*  Ithaca:  Cornell University Press, 2003.

*"Absalom, Absalom!":  The Questioning of Fictions.*  Boston:  Twayne, 1991.

*The Unbeliever:  The Poetry of Elizabeth Bishop.*  Urbana:  University of Illinois Press, 1988.

*Faulkner and the Novelistic Imagination.*  Urbana:  University of Illinois Press, 1985.


**Articles**

"Braided Relations:  Toward a History of Nineteenth-Century American Indian Women's Poetry."  *Cambridge History of Nineteenth-Century American Women's Poetry.*  Ed. Jennifer Putzi and Alexandra Socarides.  Cambridge:  Cambridge University Press, forthcoming 2016.

"American Indian Poetry at the Dawn of Modernism."  *The Oxford Handbook of Modern and Contemporary American Poetry.*  Ed. Cary Nelson.  New York:  Oxford University Press, 2012.  71-95.

"Jane Johnston Schoolcraft."  *Oxford Bibliographies.*  Online.  Oxford University Press.  2012.

"American Indian Poetry in the Nineteenth Century."  *Cambridge Companion to Nineteenth-Century American Poetry.*  Ed. Kerry Larson.  Cambridge:  Cambridge University Press, 2011.  36-53.

"American Indian Literary Criticism and Theory."  *Blackwell Encyclopedia of Literary and Cultural Theory.*  Ed. Michael Ryan.  Oxford:  Blackwell, 2011.

"Contemporary Anticolonialist Reading and the Collaborative Writing of Jane Johnston Schoolcraft."  *Before Yesterday:  The Long History of Native American Writing.*  Ed. Simone Pellerin.  Pessac, France:  Presses Universitaires de Bordeaux, Collection "Lettres d'Amérique(s)," 2009. 47-52.

ARTICLES, continued

"Jane Johnston Schoolcraft (Ojibwe) 1800-1842." *The Heath Anthology of American Literature,* 6th ed.  Vol. B, Early Nineteenth Century:  1800-1865.  Ed. Paul Lauter et al.  Boston:  Houghton Mifflin Harcourt, 2009.  1537-62.  (Headnote, edited text, annotations.  Plus additional materials for teachers' guide.) Again in the 7th ed., Boston:  Wadsworth Cengage, 2014.  3175-3198.

"Schoolcraft, Jane Johnston." *American National Biography.*  New York:  Oxford University Press, online 2008 and forthcoming in the next print edition.  This is the premier reference source for United States biography.

"The Hum of Routine:  Issues for the Study of Early American Indian Print Culture, a Response to Phillip H. Round."  *American Literary History* 19.2 (Summer 2007), pp. 290-96.

"Introducing Jane Johnston Schoolcraft."  *Ninth Letter* (an award-winning literary magazine) 3.2 (Fall/Winter 2006-07), pp. 15-19.  Introduction to a selection of poems reprinted from *The Sound the Stars Make Rushing Through the Sky,* with new poems by Ojibwe writers Louise Erdrich and Heid Erdrich.

"The Archive." *Studies in American Indian Literature* 17.2 (Summer 2005), pp. 98-99.

"Red Slippers and Cottonmouth Moccasins:  White Anxieties in Faulkner's Indian Stories."  *The Faulkner Journal* 18.1-2 (Spring 2003), pp. 81-99.  [Revised version of 2000 article listed below, the first article ever reprinted in *The Faulkner Journal.*]

"Perloff's Universe, or The Demagoguery of Naturalized Aesthetic Taste." *symploke* 9.1-2 (2002), pp. 181-82.  Because of an editorial error the full text of this article did not appear in print, but it is available on *symploke*'s Project Muse web site at http://muse.jhu.edu/journals/symploke/v009/9.1parker_r.html.

"Red Slippers and Cottonmouth Moccasins:  White Anxieties in Faulkner's Indian Stories."  *Etudes Faulknériennes II, Centenaire:  Naissances de Faulkner.* Rennes, France:  Presses Universitaires de Rennes, 2000, pp. 71-82.

*"'Where you want to go now':*  Recharting the Scene Shifts in the First Section of *The Sound and the Fury.*"  *The Faulkner Journal* 14.2 (Spring 1999), pp. 3-20.

"Who Shot the Sheriff:  Storytelling, Indian Identity, and the Marketplace of Masculinity in D'Arcy McNickle's *The Surrounded.*"  *Modern Fiction Studies* 43.4 (Winter 1997), pp. 898-932.

"Text, Lines, and Videotape:  The Ideology of Genre and the Transcription of Traditional Native American Oral Narrative as Poetry."  *Arizona Quarterly:  A Journal of American Literature, Culture, and Theory* 53 (1997):  141-69.

ARTICLES, continued

"*Sanctuary* and Bad Taste." *Etudes Faulknériennes I, Sanctuary.* Rennes, France: Presses Universitaires de Rennes, 1996, pp. 63-69. https://netfiles.uiuc.edu/rparker1/www/Sanctuary%20and%20Bad%20Taste,%20Parker.pdf

"Sex and Gender, Feminine and Masculine: Faulkner and the Polymorphous Exchange of Cultural Binaries." *Faulkner and Gender: Faulkner and Yoknapatawpha, 1994.* Ed. Ann J. Abadie and Donald M. Kartiganer. Jackson: University Press of Mississippi, 1996, pp. 73-96.

"The Other Coldfields: Gender, Commerce, and the Exchange of Bodies in *Absalom, Absalom!*" *Critical Essays on William Faulkner: The Sutpen Family.* Ed. Arthur F. Kinney. New York: G. K. Hall, 1996, pp. 239-48.

"'Through the fence, between the curling flower spaces': Teaching the First Section of *The Sound and the Fury*." *Approaches to Teaching Faulkner's "The Sound and the Fury."* Ed. Stephen Hahn and Arthur F. Kinney. New York: Modern Language Association, 1996, pp. 27-37.

"To Be There, No Authority to Anything: Ontological Desire and Cultural and Poetic Authority in the Poetry of Ray A. Young Bear." *Arizona Quarterly: A Journal of American Literature, Culture, and Theory* 50 (1994): 89-115.

"Material Choices: American Fictions, the Classroom, and the Post-Canon." *American Literary History* 5 (1993): 89-110.

"Poetry and Pedagogy: A Memory of Michael Harper Teaching." *Callaloo: A Journal of African-American and African Arts and Letters* 13 (1990): 810-12.

"The Chronology and Genealogy of *Absalom, Absalom!*: The Authority of Fiction and the Fiction of Authority." *Studies in American Fiction* 14 (1986): 191-98.


**Reprints**

"The Reinvention of Restless Young Men: Storytelling and Poetry in Leslie Marmon Silko's *Ceremony* and Thomas King's *Medicine River*." Chapter 6 of *The Invention of Native American Literature.* In *Native American Writing.* Ed. A. Robert Lee. London: Routledge, 2011.

Edited works from *The Sound the Stars Make Rushing Through the Sky: The Writings of Jane Johnston Schoolcraft.* In *The Norton Anthology of American Literature.* 7th ed. Vol. B, 1820-1865. Ed. Nina Baym et al. New York: Norton, 2007. 1058-68.

REPRINTS, continued

"The Reinvention of Restless Young Men:  Storytelling and Poetry in Leslie Marmon Silko's *Ceremony* and Thomas King's *Medicine River*."  Chapter 6 of *The Invention of Native American Literature.*  In *Native American Writing:  Critical Assessments.*  Ed. A. Robert Lee.  East Sussex, U.K.:  Hastings Helm, 2007.

"Tradition, Invention, and Aesthetics in Native American Literature and Literary Criticism."  Chapter 1 of *The Invention of Native American Literature.*  In *Literary Theory: An Anthology.*  2nd ed.  Ed. Julie Rivkin and Michael Ryan.  Oxford:  Blackwell, 2004, pp. 1051-67.  This widely used anthology sets out to be the "definitive collection of classic statements in criticism and new theoretical work from the past few decades."

"Robert Dale Parker on the Poem's Structure."  On "At the Fishhouses," excerpt from *The Unbeliever:  The Poetry of Elizabeth Bishop.*  In *Elizabeth Bishop: Comprehensive Research and Study Guide.*  Ed. Harold Bloom.  Broomall, PA:  Chelsea House, 2002, pp. 53-54.

"Robert Dale Parker on the History Behind *Absalom, Absalom!*"  Excerpt from *Absalom, Absalom!: The Questioning of Fictions.*  In *William Faulkner:  Comprehensive Research and Study Guide.*  Ed. Harold Bloom.  Philadelphia:  Chelsea House, 2000, pp. 70-71.

"To Be There, No Authority to Anything:  Ontological Desire and Cultural and Poetic Authority in the Poetry of Ray A. Young Bear."  Reprinted without permission or endnotes in *Native-American Writers.*  Ed. Harold Bloom.  Philadelphia:  Chelsea House, 1998, pp. 175-94.

"The Chronology and Genealogy of *Absalom, Absalom!*:  The Authority of Fiction and the Fiction of Authority."  In *Critical Essays on William Faulkner:  The Sutpen Family.*  Ed. Arthur F. Kinney.  New York:  G. K. Hall, 1996, pp. 252-58.

Excerpt on "Crusoe in England" from *The Unbeliever:  The Poetry of Elizabeth Bishop.*  In *Robinson Crusoe.*  Ed. Harold Bloom.  New York:  Chelsea House, 1995, pp. 65-68.

"Watching Something Happening Told:  *Sanctuary.*"  Chapter 3 of *Faulkner and the Novelistic Imagination.*  In *Douze lectures de "Sanctuaire"  [Twelve Readings of "Sanctuary"].*  Ed. André Bleikasten and Nicole Moulinoux.  Rennes, France:  Presses Universitaires de Rennes, 1995, pp. 125-47.

**Review Essays and Reviews**

"Another Indian Looking Back:  A Review Essay on Recent American Indian Poetry."  *Studies in American Indian Literature* 22.2 (Summer 2010).  75-85.

REVIEWS AND REVIEW ESSAYS, continued

*The People and the Word:  Reading Native Nonfiction,* by Robert Warrior.  Review essay.  *Wicazo Sa Review:  A Journal of Native American Studies* 22.1 (Spring 2007), pp. 118-23.

*Thinking of Home:  William Faulkner's Letters to His Mother and Father, 1918-1925,* ed. James G. Watson.  *Studies in American Fiction,* 22 (1994), pp. 119-20.

*Faulkner's Rhetoric of Loss:  A Study in Perception and Meaning,* by Gail L. Mortimer; *William Faulkner,* by Alan Warren Friedman; *Aviation Lore in Faulkner,* by Robert Harrison.  *The Modern Language Review,* 84 (1989), pp. 148-49.

**Photographs**

Three photos of possible sites of William Faulkner's wedding near Oxford, Mississippi, illustrating an article about Faulkner's marriage by Arthur F. Kinney.  *The Faulkner Newsletter & Yoknapatawpha Review* 15.1 (January-March 1995):  3.

**PROFESSIONAL HISTORY**

2009-    , James M. Benson Professor in English, University of Illinois
1992-    , Professor of English, University of Illinois
1988-92, Associate Professor of English, University of Illinois
1984-88, Assistant Professor of English, University of Illinois
1982-84, Visiting Assistant Professor of English, University of Michigan at Ann Arbor
1980-82, Lecturer in English, Yale University
1978-79, graduate Teaching Fellow, Yale University

Affiliated faculty member, University of Illinois:
    American Indian Studies Program (co-founder)
    Center for Writing Studies
    Unit for Criticism and Interpretive Theory

**TALKS AND PANELS**

"How to Make a Queer:  The Erotics of Begging, or, Down and Out in the Great Depression."  American Literature Association.  San Francisco, May 2016.

TALKS AND PANELS, continued

"Critical Anticolonialism and the Collaborative Manuscripts of Jane Johnston Schoolcraft."  C19:  The Society of Nineteenth-Century Americanists Conference.  Pennsylvania State University, March 2016.

"Author vs. Form vs. Concept:  The Clash of Paradigms in the Study of Twentieth-Century Literature."  Modern Language Association Convention.  Chicago, January 2014.  Roundtable proposer, co-organizer, and co-chair with Ramón Saldívar.  Co-sponsored by the Division on Twentieth-Century American Literature and the Division on Comparative Studies in Twentieth-Century Literature.

Roundtable presentation for "Teaching Native American Literature:  Form, Politics, History."  Invited.  Modern Language Association Convention.  Invited.  Chicago, January 2014.  Sponsored by the Division on American Indian Literatures.

"How to Read Now."  Moderator.  Modern Language Association Convention.  Chicago, January 2014.  Sponsored by the Division on Twentieth-Century American Literature.

"Cross-Racial Representations in American Literature between the World Wars."  Panel proposer and chair.  American Literature Association.  Boston, May 2013.

"Modern Poetry."  Panel chair.  American Literature Association.  Boston, May 2013.

"Theories of Close Reading in Socially Motivated Criticism."  Panel proposer and chair, Modern Language Association Convention.  Boston, January 2013.  Sponsored by the Division on Twentieth-Century American Literature.

"Theses on the Recovery of American Women's Writing."  Invited.  Modern Language Association Convention.  Boston, January 2013.

"Twentieth-Century American Literature and the New Formalism."  Panel proposer and chair, Modern Language Association Convention.  Seattle, January 2012.  Sponsored by the Division on Twentieth-Century American Literature.

"How the Recovery of Early American Indian Poetry Changes the History of American Poetry."  Special session proposer and chair.  Modern Language Association Convention.  Seattle, January 2012.

Participated in the Nineteenth-Century American Women Writers Study Group gathering to discuss Jane Johnston Schoolcraft.  American Antiquarian Society.  Worcester, Massachusetts, October 2011.

"Recovering a Lost Archive:  American Indian Poetry from the Seventeenth Century to 1930."  American Literature Association.  Boston, May 2011.

TALKS AND PANELS, continued

"New Formalism and the Formal Ethic of *Absalom, Absalom!*" "Faulkner's *Absalom, Absalom!* at 75: Reflections and Reassessments." Invited. William Faulkner Society. American Literature Association. Boston, May 2011.

"Transformations and Reversals: The Native Presence in 19th-Century American Writing." Invited panel chair. American Literature Association. Boston, May 2011.

"Changing Is Not Vanishing: Early American Indian Poetry." Invited. Sequoyah Research Center Symposium. University of Arkansas at Little Rock, April 2011.

Plenary panel on *Changing Is Not Vanishing: A Collection of American Indian Poetry to 1930.* Native American Literature Symposium. Isleta Pueblo, New Mexico, March 2011.

"Early American Indian Women's Poetry, 1815-1930." Invited. Society for the Study of American Women Writers Conference, Philadelphia, October 2009.

"Colonialist and Anticolonialist Mimicry in American Indian Poetry before 1930." Native American and Indigenous Studies Association. University of Minnesota, May 2009.

"Identity after Identity: Historicizing Identity in Contemporary Criticism." Invited Keynote Speaker, Midwest Conference on Literature, Language, and Media. Northern Illinois University, March 2009.

Michigan State University Law School, Indigenous Law and Policy Center. Invited talk as part of a panel devoted to *The Sound the Stars Make Rushing Through the Sky,* January 2009.

"Anticolonialist Reading and the Collaborative Writing of Jane Johnston Schoolcraft." Invited. "La longue histoire de la littérature amérindienne / Before Yesterday: The Long History of Native American Writing." Université Paul Valéry-Montpellier III, Montpellier, France, May 2008.

"Debates and Changes in the Study of American Indian Literature." Invited panel, organizer and moderator. "Native American and Indigenous Studies: Who Are We? Where Are We Going?" University of Georgia, April 2008.

"American Indian Poetry from the Seventeenth Century to 1930." "Native American and Indigenous Studies: Who Are We? Where Are We Going?" University of Georgia, April 2008.

TALKS AND PANELS, continued

"Debates and Changes in the Study of American Indian Literature." Panel organizer and moderator. Modern Language Association Convention, Chicago, December 2007.

"Jane Johnston Schoolcraft." Invited. University of Michigan at Ann Arbor, March 20, 2007.

"Introducing Jane Johnston Schoolcraft." Invited. Eastern Michigan University, March 19, 2007.

"What We Expect from Jane Johnston Schoolcraft: 'Love's Mazes,' Anti-colonialism, and the Contrast between Contrasts." Sixth Annual Native American Literature Symposium, March 10, 2007, Saginaw Chippewa Tribal Nation.

"The Writings of Jane Johnston Schoolcraft (1800-1842)." Panel chair. Sixth Annual Native American Literature Symposium, March 10, 2007, Saginaw Chippewa Tribal Nation.

"Language, Literature, and Identity." Invited moderator. Seventh Annual CIC American Indian Studies Consortium Conference, Indiana University, April 2006.

"From the Pine Tree to the Proud Republic: Intransitive Place and Cultural Change at the Dawn of American Indian Poetry." Invited. The American Indian Workshop: Place in Native American History, Literature and Culture at the University of Wales, Swansea, UK., March 2006.

"Place and the Literature of Louise Erdrich and Diane Glancy." Invited panel chair for the American Indian Workshop: Place in Native American History, Literature and Culture at the University of Wales, Swansea, UK., March 2006.

"Ojibwe, British, Métis, American: Conflicting Citizenships in Early American Indian Poetry," in a session on "Citizenship and the Study of U.S. Poetry." Invited. Sponsored by the American Literature Section of the Modern Language Association. Modern Language Association Convention, Washington, DC, December 2005.

"Cultural and Aesthetic Controversies in the History of American Indian Literary Studies." Invited lecture for International Symposium on Discourse and Communication at Wuhan University New Vision Forum, Wuhan, China, May 2004.

"Contemporary American Literary Studies." Invited lecture for the English Department of Wuhan University, Wuhan, China, May 2004.

TALKS AND PANELS, continued

"Contemporary Critical and Literary Theory."  Invited lecture for the English Department of Wuhan University, Wuhan, China, May 2004.

"Native American Literature."  Invited moderator.  Fourth Annual CIC American Indian Studies Consortium Conference, Newberry Library, Chicago, April 2003.

"Colonialism:  Production and Destruction" and "Race and Nation."  Invited moderator.  First Annual CIC American Indian Studies Consortium Conference, University of Iowa, April 2000.

"Red Slippers and Cottonmouth Moccasins:  White Anxieties in Faulkner's Indian Stories."  Invited.  "Faulkner's Birth and Rebirth(s), the William Faulkner Centenary, Rennes and Paris."  Fondation William Faulkner, L'Université Rennes 2, Haute Bretagne, France, September 1997.

"*Sanctuary* and Bad Taste."  Invited.  "Journées d'étude on Faulkner's *Sanctuary*."  Fondation William Faulkner, L'Université Rennes 2, Haute Bretagne, France, December 1995.

"Sex and Gender, Feminine and Masculine:  Faulkner and the Polymorphous Exchange of Cultural Binaries."  Invited.  "Faulkner and Gender:  Faulkner and Yoknapatawpha Conference," University of Mississippi, August 1994.

"The Epistemology of Perspectiveless Explanation in *Absalom, Absalom!*"  Invited.  Midwest Modern Language Association, Minneapolis, November 1989.

"The Rapist and the Spinster:  Misogyny and Parody, *Light in August* and the Politics of Sexual Rhetoric."  Invited.  Mills College, Oakland, California, February 1984.

**Public, non-academic talks on Jane Johnston Schoolcraft and *The Sound the Stars Make Rushing Through the Sky: The Writings of Jane Johnston Schoolcraft:***

Presentation on Jane Johnston Schoolcraft following "Waasawekameg:  A Faraway Place," a performance piece based on Schoolcraft's poetry by Shannon Epplett.  Figure One Gallery, University of Illinois School of Art + Design, downtown Champaign.  March 19, 2014.

Native American House, University of Illinois.  Invited.  November 1, 2013

Mitchell Museum of the American Indian.  Invited.  Evanston, Illinois, January 10, 2010

Schoolcraft College.  Invited.  Livonia, Michigan, November 14, 2008

TALKS AND PANELS, continued

Kerrytown Bookfest.  Invited.  Ann Arbor, Michigan, September 7, 2008

Michigan Notable Books Tour. Invited and sponsored by the state of Michigan:

    Kalkaska County Library.  Kalkaska, Michigan, May 28, 2008

    Otsego County Library.  Gaylord, Michigan, May 27, 2008

    Cheboygan Area Public Library.  Cheboygan, Michigan, May 26, 2008

Chippewa County Historical Society.  Invited.  Sault Ste. Marie, Michigan, August 12, 2007

Bay Mills Community College Library.  Invited.  Bay Mills Indian Community, Michigan.  August 11, 2007

WIAA Interlochen Public Radio. Invited.  February 8, 2008

WILL Public Radio, February 28, 2007

Illini Union Bookstore, University of Illinois, February 15, 2007

Many assorted talks and panels on literary, professional, and theoretical topics at the University of Illinois for, among others, the Department of English; the Unit for Criticism and Interpretive Theory; the American Indian Studies Network; the Illinois Program for Research in the Humanities; the Trowbridge Office of American Literature, Culture, and Society; the British Modernities Group; the Center for Writing Studies; the Campus Faculty Association; the Freeman Fellows (visiting scholars from China); the Program in Cultural Values and Ethics; the American Studies Group; the University of Illinois Press; the English Graduate Student Association; the English Graduate Student American Studies Group; English graduate student orientation; the undergraduate English Club/English Student Council; and Teachers and Students for a Democratic Culture.

## TEACHING

American literature, critical theory, and Modern literature.  Particular interests in fiction and poetry from 1900 to the present, recent critical theory, and Native American literatures.

TEACHING, continued

Served on 66 completed or current dissertation committees.  Completed:  16 as director, 41 as committee member in English, 4 as committee member in other departments, 1 as reader for an overseas university.  In progress:  4 as director.

Director for 31 undergraduate Honors Theses, reader for 39.

Director for one masters thesis (in African studies).

## TEACHING HONORS

Through 2014, appeared on the University of Illinois's "List of Teachers Ranked as Excellent by Their Students" 64 times for 23 different courses.

Graduate College Award for Outstanding Mentoring of Graduate Students, 1999.

Robert Schneider Award for outstanding teaching and service in the Department of English, 1999 [primarily an award for service]

Harriet and Charles Luckman Undergraduate Distinguished Teaching Award [the University of Illinois at Urbana-Champaign's highest teaching award], 1996.

William F. Prokasy Award for Excellence in Undergraduate Teaching in the College of Liberal Arts and Sciences [the College's highest teaching award], 1996.

Course Development Award, Program for the Study of Cultural Values and Ethics, University of Illinois, 1990, to develop a course in American Indian literature.

## COURSES TAUGHT

*At the University of Illinois, 1984- :*

English 101    Introduction to Poetry
English 215    Introduction to Contemporary Literary and Critical Theory
English 249    The American Novel
English 255    Survey of American Literature, I
English 256    Survey of American Literature, II
English 300    Writing about Literature:  Selected American Novels

COURSES TAUGHT, continued

| | |
|---|---|
| English 300 | Writing about Literature:  American Fiction in the 1920s and 1930s |
| English 300 | Writing about Literature:  American Indian Literature |
| English 300 | Writing about Literature:  After Multiculturalism: Cultural Identities and Contemporary Literary Studies |
| English 300 | Writing about Literature:  American Literature Since 1945 |
| English 301 | Critical Approaches to Literature |
| English 397 | Defining and Redefining the Canon of the American Novel (honors seminar) |
| English 397 | American Indian Literature (honors seminar) |
| English 398 | Faulkner (honors seminar) |
| English 449 | The American Renaissance |
| English 451 | American Literature from the First World War to the Present |
| English 451 | American Literature, 1914-1945 |
| English 452 | American Literature, 1945 to the Present |
| English 455 | Frost |
| English 461 | American Indian Literature |
| English 483/Comparative Literature 405 | Contemporary Literary and Critical Theory |
| English 500 | Introduction to Graduate Study in English:  Contemporary Literary and Critical Theory |
| English 553 | Faulkner |
| English 553 | American Fiction in the 1920s and 1930s |
| English 553 | American Indian Literature |
| English 564 | Defining and Redefining the Canon of the American Novel |
| English 581 | Contemporary Critical Theory |

400-level classes are mixed graduate and undergraduate.  500-level classes are graduate seminars.  Renumbered courses are listed according to their current numbers.

*At the University of Michigan, 1982-84:*

| | |
|---|---|
| English 240 | Introduction to Poetry |
| English 270 | Introduction to American Literature |
| English 280 | Introduction to Twentieth-Century Literature |
| English 357 | "Core III" (Victorian and Modern Literature) |
| English 432 | The American Novel |
| English 472 | Twentieth-Century American Literature |

*At Yale University, 1978-82:*

| | |
|---|---|
| English 110 | Principles of Composition |
| English 111 | Problems in Composition |
| English 114 | Reading and Writing Prose |

COURSES TAUGHT, continued

English 120   Modern Prose: Advanced Writing
English 129   The European Literary Tradition: Epic from Homer to Joyce

As a Teaching Fellow (responsible for section of a lecture course):
English 270   The Victorian Novel
English 280   American Literature from the Puritans to the Civil War

## ACADEMIC HONORS

*Changing Is Not Vanishing:  A Collection of American Indian Poetry to 1930* chosen by the membership of the Native American and Indigenous Studies Association as one of six finalists for Best Subsequent Book [second or later book] Published in 2011.

*Changing Is Not Vanishing:  A Collection of American Indian Poetry to 1930* listed in *Choice* as one of the "Significant University Press Titles for Undergraduates, 2010-2011."

*The Sound the Stars Make Rushing Through the Sky:  The Writings of Jane Johnston Schoolcraft* named one of the "The best Michigan-related books of the '00s." *City Pulse* newspaper (Lansing), December 30, 2009.

*The Sound the Stars Make Rushing Through the Sky:  The Writings of Jane Johnston Schoolcraft* selected by the Library of Michigan as a Michigan Notable Book for 2008.  Including a reception with the governor and lectures at Michigan libraries.

*The Sound the Stars Make Rushing Through the Sky:  The Writings of Jane Johnston Schoolcraft* listed in *Choice* as one of the "Significant University Press Titles for Undergraduates, 2006-2007."

Arnold O. Beckman Research Award, University of Illinois at Urbana-Champaign Research Board, for an in-progress research project of "special distinction," 2004-2005

University Scholar, an award to recognize "the very best of faculty scholarship and research" at the University of Illinois, including $18,000 in research funds, 1990-1993

Fellowship, University of Illinois Center for Advanced Study, Spring 1987

ACADEMIC HONORS, continued

University Fellowships, Yale University, 1976-80

Magna Cum Laude, Brown University, 1976 [Brown's highest level of honors]

Honors in English, Brown University, 1976

Phi Beta Kappa, Brown University, 1976

Awards for best male English student in junior class, 1975; and in senior class, 1976

## ACADEMIC SERVICE

### **National and International**

Executive Committee (elected), Division on Twentieth-Century American Literature,
    Modern Language Association, 2009-2014; Chair, 2012-13
Editorial Advisory Board, *Modern Fiction Studies,* 2010-
Contributing Editor, *American Literary History,* Oxford University Press, 2004-
Advisory Editor, *Studies in American Fiction,* 2004-2010
Advisory Board, *MAPS* [Modern American Poetry Site] http://www.english.illinois.
    edu/maps/index.htm. Cary Nelson, editor. A wide-ranging resource and web
    journal on Modern American poetry, 2001-
"Uncovering Early American Indian Literary History." Instructor (invited). Newberry
    Consortium in American Indian Studies Graduate Student Workshop, March 10-
    12, 2011.
Newberry Library, Long-Term Fellowship Selection Committee, 2010
Executive Committee (elected), Division on American Indian Literatures, Modern
    Language Association, 2000-2004; Chair, 2001; Secretary, 2002; Chair, 2003
Nominating Committee, American Literature Section, Modern Language Association,
    2001
Advisory Board, *Anthology of Modern American Poetry,* Oxford University Press, ed.
    Cary Nelson, 2000; 2nd edition 2015
CIC (Committee on Institutional Cooperation—the Big Ten universities and the
    University of Chicago) American Indian Studies Consortium, 1999-2009
Editorial Consultant, *Etudes Faulknériennes,* 1996-
Advisory Board, *Journal x:  A Journal in Culture and Criticism,* 1995-2005

ACADEMIC SERVICE, continued

**Department of English**

Advisory Committee (highest departmental committee), 1988-90, 1992-94, 1998-2000,
    2001-2003, 2007-2009, 2014-2016 (elected)
Adjunct Advisory Committee (for junior faculty), 1985-86 (elected)
Committee on Computer Assistance, 2001-2002
Course Chair, English 301, Critical Approaches to Literature (critical theory survey
    required for majors), 2007-2008, 2008-2009
Curriculum Committee, 1985-86, 1987-88, 1991-92, 1998-1999, 2003-2004, 2005-2006,
    2006-2007, 2009-2010, 2013 fall
Director of the English Honors Program, 1991-2000, 2006-2007
Director of Undergraduate Studies, 2006-2007
Faculty Grievance Committee, 1987-88; alternate, 1991-92 (elected)
Faculty Hiring Committees, American literature 1986-87; American literature 1987-88;
    American literature, eighteenth-century British literature, feminist theory,
    Victorian literature, writing theory 1988-89; American literature 1993-94; modern
    poetry 1996-97; African literature 1996-97; Asian American literature, Chair,
    1997-98; Latina/Latino literature and feminist or gender studies, Chair, 1998-99;
    American literature before 1900, Chair, 1999-2000; African American literature,
    Chair, 2000-2001; twentieth-century American literature, 2000-2001; African
    American literature, Co-chair, 2001-2002; Asian American literature, Chair,
    2001-2002; Modern American literature (to consider a specific candidate), Chair
    2004; American Indian literature (to consider a specific candidate), Chair 2004;
    American literature before 1865, Chair 2004-2005; Writing Studies (to consider a
    specific candidate) 2004-2005; Early American literature (to consider a specific
    candidate) 2005; Postcolonial and American Indian studies (to consider a specific
    candidate), Chair 2006; African American literature (to consider a specific
    candidate), Chair 2006; Benson Professorship Screening Committee (to screen
    potential candidates for a named appointment in American literature), Chair 2007;
    Postcolonial/
    Global Anglophone literature, Chair, 2008-2009 [search eventually cancelled for
    budgetary reasons]; African American literature 2011-12; Queer studies (to
    consider a specific candidate), Chair 2014-15
Grade Review Committee, 1985-86, 1987-88, 1989-90, 1991-92, 1993-94, 2001-2002,
    2010-11 Chair (elected)
Graduate Admissions Committee, 1993-94, 1995-96
Graduate Student Mentoring Award Selection Committee, 2001
Graduate Placement Director, 1999-2003
Graduate Student Grievance Committee, 1987-88 (elected)
Graduate Studies Committee, 1989-90, 1996-97, 1997 fall, 1998-99, 1999-2000, 2000
    fall, 2001-2002, 2002-2003, 2003-2004, 2004 fall, 2005-2006
Grievance Committee, 2013-14 (elected)
Lecture Committee, 1987-88, Chair
Head of Department of English, declined, 1997

ACADEMIC SERVICE, continued

Honors Advising Committee, 1985-86; 1986-87; 1988-89; Chair, 1991-2000, 2006-2007
Judge, Wallace Stevens Memorial Prize, for best critical essay on modern American or
     British poetry, 2015
Liberal Arts and Sciences Committee to review the Head of the English Department,
     1991 (elected)
Liberal Arts and Sciences national Search Committee for new Head of the Department of
     English, 1997-98
Masters Area (previously Masters Comprehensive) Exam Committee, 1986-87, 1987-88,
     1991-92, 1992-93 (exam and committee now discontinued)
Selection committee, Robert Schneider Award for outstanding teaching and service,
     2000, 2002, 2003, 2004, 2006, 2014
Sigma Tau Delta, international English honor society, University of Illinois at Urbana-
     Champaign chapter, faculty sponsor, 2013-
Supervisor, department web site, spring 2000-spring 2002
Undergraduate Scholarships and Awards Committee, 1990; 1995; Chair, 2007, 2010,
     2014, 2015
Undergraduate Teaching Awards Committee, 1996, 1997, 2005
*Ad Hoc Committees, Department of English:*
Committee on Graduate Study in Literature, 2010
Committee to update English 103, Introduction to Fiction, 2000
Committee to consider possible Target of Opportunity appointments, 1999-2000
Department Home Page Committee, 1995
Cultural Diversity Committee, 1991
Committee to reorganize English 101, Introduction to Poetry, 1990
Committee to advise on Chancellor's Minority Fellowship applications in English, Chair,
     1990
Committee to consider a possible Target of Opportunity appointment, 1989
Long-Range Planning Committee, 1988-89


**American Indian Studies Program** (and predecessor programs under various names)

[Most AIS activities are not listed here, as committees have come and gone as the program has grown and because AIS often works as a committee of the whole.]

Honored as an "Outstanding Community Member" by the Native American House and
     the Program in American Indian Studies, May 11, 2015
Faculty Search Committee, Chair, 2010-2011
CIC American Indian Studies Consortium Graduate Student Conference Organizing
     Committee, 2008-2009
Mentor to assistant professor, 2008-12
Mentor to assistant professor, 2008-10
General Council, 2007-2008
Affirmative Action Officer, 2007-2008

ACADEMIC SERVICE, continued

Communications and Budget Committee, 2007-2008
Grade Review Committee, 2007-2008
Postdoctoral Fellowship Committee, 2004; 2006-2007, Chair
Curriculum Committee, 2004-2005, Chair; 2005-2006
Mentor to assistant professor, 2004-2008
Advisory Committee, fall 2004-2005
Bylaws Committee (to write bylaws), fall 2004-2005, Chair
Academic Programs Committee, 2003-2004
Director and Faculty Search Committee, 2003-2004
Library Committee, Chair, 2003-2004
Committee on Native American Programs: founding and organizing committee for the Native American House (which began in 2002) and the American Indian Studies Program (which began in 2004), 2002-2004 (the duration of the committee)
Committee to develop an American Indian Studies Program, 2000-2002
Faculty Advisor, American Indian Studies Network, 1998-2000

**Campus-wide and College of Liberal Arts and Sciences**

Search Committee for the Director of the Illinois Program for Research in the Humanities, Chair, 2015
Whiting Public Engagement Fellowship Selection Committee, 2015
Nominating Committee, University of Illinois chapter of the American Association of University Professors, 2015, 2016
"Authorized Agent" (1 of 5) for University of Illinois chapter of the American Association of University Professor as a campus Registered Organization, 2014-
Interdisciplinary Working Group for the Humanities, appointed by the Provost and the Vice Chancellor for Research, fall 2013-spring 2015
Liberal Arts and Sciences ad hoc Grievance Committee to review a grievance in another department, 2014-2015
Campus ad hoc committee to review an appeal of a decision regarding promotion to professor, 2014
Liberal Arts and Sciences ad hoc committee to review nominations for named faculty appointments, 2014
Initiated and organized a proposal for faculty cluster hiring in disability studies, 2014
Liberal Arts and Sciences Committee to review the Director of the Program in Jewish Culture and Society, 2013-2014, outside Chair (elected)
Organizing Committee for programs to celebrate, publicize, and organize events around the Gwendolyn Brooks Papers, Rare Books and Manuscripts Library, 2013-2016
Liberal Arts and Sciences Committee to review the Director of American Indian Studies, 2012-2013 (elected)
Policy Committee, American Association of University Professors, 2012-

ACADEMIC SERVICE, continued

Liberal Arts and Sciences Committee to review nominations for Conrad Professorial
    Scholars, 2013
Liberal Arts and Sciences Committee to review *American Literary History* and the
    Trowbridge Office on American Literature, Culture, and Society 2012-13
Liberal Arts and Sciences Committee to review nominations for named faculty
    appointments and Conrad Professorial Scholars, 2010, 2012
Illinois Program for Research in the Humanities, Advisory Committee, 2010-2012
Liberal Arts and Sciences Ad Hoc committee to review an appeal of a decision regarding
    promotion to associate professor, 2011
Faculty partner for Freeman Fellow (visiting Chinese scholar), 2008-2009
Liberal Arts and Sciences Faculty Appeals Committee, 2005-2007 (elected), Acting
    Chair 2006; Chair 2007
Liberal Arts and Sciences Humanities Scholarships and Honors Committee, 2004-2005
Board of Directors, University of Illinois Press, August 2003-2006
Steering Committee for the Mellon Foundation Humanities Initiative, a $1,250,000 grant
    for advancing the humanities at the University of Illinois, 2003-2005
Ad Hoc Personnel Review Committee for the Department of Slavic Languages and
    Literature, Chair, 2003-2004
Committee on Committees, Liberal Arts and Sciences (unfortunate name for the
    appointments committee), 2002-2004
Graduate College Career Services Office Career Advisory Subcommittee, 2003
Computers Advisory Committee, Liberal Arts and Sciences, 2001-2002
Teaching Mentor for new faculty, Liberal Arts and Sciences, 2001-2002
Graduate College Humanities and Creative Arts Area Subcommittee, 1998-2000
Graduate College Outstanding Mentor Award Selection Committee, 2000
Fellowship selection committee, Program for the Study of Cultural Values and Ethics,
    1997
Committee to reconsider the Program in Comparative Literature, 1995-96
Search Committee for an Associate Chancellor with special concern for minority issues,
    1994-95
Cultural Diversity Conference Planning Committee, Program for the Study of Cultural
    Values and Ethics, 1991-92
Chancellor's Minority Fellowship Advisory Committee, 1990
Admissions Committee, Liberal Arts and Sciences, Spring 1990
National Endowment for the Humanities Summer Stipend Committee, 1989



Last updated March 2016