IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DR. RACHEL TUDOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-15-324-C |
| | ) | |
| SOUTHEASTERN OKLAHOMA STATE UNIVERSITY and THE REGIONAL UNIVERSITY SYSTEM OF OKLAHOMA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

<u>COURT'S SUPPLEMENTAL INSTRUCTION NO. 1</u>

## COURT'S SUPPLEMENTAL INSTRUCTION NO. 1

You are dismissed for the evening. Please reconvene in the jury assembly room Monday morning at 9:00 a.m. and wait for the bailiff. During the weekend recess, please observe my usual instruction (do not discuss the case, expose yourself to any media account, do not do independent research, etc.)

_____
ROBIN J. CAUTHRON
UNITED STATES DISTRICT JUDGE

Date: 11/17/17