IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DR. RACHEL TUDOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-15-324-C |
| ) | |
| SOUTHEASTERN OKLAHOMA ) | |
| STATE UNIVERSITY and ) | |
| THE REGIONAL UNIVERSITY ) | |
| SYSTEM OF OKLAHOMA, ) | |
| ) | |
| Defendants. ) | |

## COURT'S SUPPLEMENTAL INSTRUCTION NO. 2

## COURT'S SUPPLEMENTAL INSTRUCTION NO. 2

You are instructed that you have received all the law and evidence which may properly be considered by you in this case. Please continue with your deliberations.

_____
ROBIN J. CAUTHRON
UNITED STATES DISTRICT JUDGE


Date: 11/20/17