IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
NOV 2 0 2017
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

DR. RACHEL TUDOR, )
)
    Plaintiff, )
)
v. ) Case No. CIV-15-324-C
)
SOUTHEASTERN OKLAHOMA )
STATE UNIVERSITY and )
THE REGIONAL UNIVERSITY )
SYSTEM OF OKLAHOMA, )
)
    Defendants. )

## VERDICT FORM

We, the jury, empaneled and sworn in the above entitled cause, do, upon our oaths, find as follows:

### Section I. Hostile Work Environment Claim

**Question 1.** Has Plaintiff proven by a preponderance of the evidence her hostile work environment claim? (Check one)

Yes ____          No ✓

(Proceed to Question 2.)

### Section II. Discrimination Claims 2009-10

**Question 2.** Has Plaintiff proven by a preponderance of the evidence that she was denied tenure in 2009-10 because of her gender? (Check one)

Yes ✓          No ____

(Proceed to Question 3.)

1

### Section III. Discrimination Claims 2010-11

**Question 3.** Has Plaintiff proven by a preponderance of the evidence that Defendants' decision to deny Plaintiff the opportunity to apply for tenure in the 2010-11 cycle was because of her gender? (Check one)

Yes ✓        No ___

(Proceed to Question 4.)

### Section IV. Retaliation Claim

**Question 4.** Has Plaintiff proven by a preponderance of the evidence that, in retaliation for Plaintiff's complaints about workplace discrimination, Defendants denied Plaintiff the opportunity to reapply for tenure in the 2010-11 cycle? (Check one)

Yes ✓        No ___

(Proceed to Question 5).

### Section V. Damages

**Question 5.** If you have answered yes to any of the above questions, please set, the amount of damages to which Plaintiff is entitled to compensate her for her injuries.

$ 1,165,000

11/20/17
Date

[signature]
Presiding Juror

2