```
1              UNITED STATES DISTRICT COURT

2              WESTERN DISTRICT OF OKLAHOMA

3

4
   DR. RACHEL TUDOR,              )
5                                 )
        Plaintiff,                )
6                                 )
                 vs.              )  Case No. CIV-15-324-C
7                                 )
   SOUTHEASTERN OKLAHOMA STATE    )
8  UNIVERSITY and THE REGIONAL    )
   UNIVERSITY SYSTEM OF           )
9  OKLAHOMA,                      )
                                  )
10      Defendants.                )
                                  )
11

12

13                       VOLUME 6

14              TRANSCRIPT OF JURY TRIAL

15       BEFORE THE HONORABLE ROBIN J. CAUTHRON

16       MONDAY, NOVEMBER 20, 2017; 12:10 p.m.

17              OKLAHOMA CITY, OKLAHOMA

18

19

20

21

22

23

24    Proceedings recorded by mechanical stenography,
   transcript produced by computer.
25
```

Sherri Grubbs, CSR, RPR, RMR, RDR, CRR
United States District Court, Western District of Oklahoma
(405) 609-5203 - sherri_grubbs@okwd.uscourts.gov

Jury Trial - Volume 6
November 20, 2017

```
 1              A P P E A R A N C E S
 2

 3   For the Plaintiff:

 4       Ezra I. Young
         Law Office of Ezra Young
 5       30 Devoe 1A
         Brooklyn, New York 11211
 6       ezraiyoung@gmail.com

 7       Brittany M. Novotny
         401 North Hudson Avenue
 8       Oklahoma City, Oklahoma 73102
         brittany.novotny@gmail.com
 9

10       Marie E. Galindo
         1500 Broadway
11       Suite 1120
         Wellsfargo Building
12       Lubbock, Texas 79401
         megalindo@thegalindolawfirm.com
13

14   For the Defendants:

15       Dixie L. Coffey
         Jeb E. Joseph
16       Timothy M. Bunson
         Attorney General's Office
17       313 NE 21st Street
         Oklahoma City, Oklahoma 73105
18       dixie.coffey@oag.ok.gov
         jeb.joseph@oag.ok.gov
19       tim.bunson@oag.ok.gov

20

21

22

23

24

25
```

Jury Trial - Volume 6
November 20, 2017

```
                         C O N T E N T S

                                                    VOLUME  PAGE

PLAINTIFF WITNESSES:

RACHEL TUDOR, Ph.D.
  DIRECT EXAMINATION BY MR. YOUNG.............     1     37
  CROSS-EXAMINATION BY MS. COFFEY.............     1    130
  CONTINUING CROSS-EXAMINATION BY MS. COFFEY..     2    205
  REDIRECT EXAMINATION BY MR. YOUNG...........     2    209

ROBERT PARKER, Ph.D.
  DIRECT EXAMINATION BY MR. YOUNG.............     2    212
  CROSS-EXAMINATION BY MR. JOSEPH.............     2    275
  REDIRECT EXAMINATION BY MR. YOUNG...........     2    291
  RECROSS-EXAMINATION BY MR. JOSEPH...........     2    294

MEG COTTER-LYNCH, Ph.D.
  DIRECT EXAMINATION BY MR. YOUNG.............     2    297
  CROSS-EXAMINATION BY MR. JOSEPH.............     2    353
  REDIRECT EXAMINATION BY MR. YOUNG...........     2    371

JOHN MISCHO, Ph.D.
  DIRECT EXAMINATION BY MS. NOVOTNY...........     3    384
  CROSS-EXAMINATION BY MR. BUNSON.............     3    409
  REDIRECT EXAMINATION BY MS. NOVOTNY.........     3    427
  RECROSS-EXAMINATION BY MR. BUNSON...........     3    430

MARK SPENCER, Ph.D.
  DIRECT EXAMINATION BY MR. YOUNG.............     3    431
  CROSS-EXAMINATION BY MR. BUNSON.............     3    450
  REDIRECT EXAMINATION BY MR. YOUNG...........     3    459

RANDY PRUS, Ph.D.
  DIRECT EXAMINATION BY MS. NOVOTNY...........     3    464
  CROSS-EXAMINATION BY MR. JOSEPH.............     3    470
  REDIRECT EXAMINATION BY MS. NOVOTNY.........     3    481
  RECROSS-EXAMINATION BY MR. JOSEPH...........     3    486

JAMES KNAPP, Ph.D.
  DIRECT EXAMINATION BY MR. YOUNG.............     3    488
  CROSS-EXAMINATION BY MR. BUNSON.............     3    504
  REDIRECT EXAMINATION BY MR. YOUNG...........     3    507

MELINDA HOUSE
  DIRECT EXAMINATION BY MR. YOUNG.............     3    508
  CROSS-EXAMINATION BY MR. BUNSON.............     3    529
  REDIRECT EXAMINATION BY MR. YOUNG...........     3    547
```

Jury Trial - Volume 6
November 20, 2017

C O N T E N T S

|  | VOLUME | PAGE |
|---|---|---|
| **DEFENSE WITNESSES:** | | |
| LUCRETIA SCOUFOS, Ph.D. | | |
| DIRECT EXAMINATION BY MS. COFFEY.............. | 4 | 561 |
| CROSS-EXAMINATION BY MS. GALINDO.............. | 4 | 597 |
| CATHY CONWAY, Ph.D. | | |
| DIRECT EXAMINATION BY MS. COFFEY.............. | 4 | 635 |
| CROSS-EXAMINATION BY MS. NOVOTNY.............. | 4 | 656 |
| DOUG McMILLAN, Ph.D. | | |
| DIRECT EXAMINATION BY MR. JOSEPH.............. | 4 | 671 |
| CROSS-EXAMINATION BY MS. NOVOTNY.............. | 4 | 689 |
| CLAIRE STUBBLEFIELD, Ph.D. | | |
| DIRECT EXAMINATION BY MR. JOSEPH.............. | 4 | 700 |
| CONTINUING DIRECT EXAMINATION BY MR. JOSEPH... | 5 | 726 |
| CROSS-EXAMINATION BY MS. GALINDO.............. | 5 | 734 |
| REDIRECT EXAMINATION BY MR. JOSEPH............ | 5 | 754 |
| RECROSS-EXAMINATION BY MS. GALINDO............ | 5 | 756 |
| JESSE SNOWDEN, Ph.D. | | |
| DIRECT EXAMINATION BY MR. JOSEPH.............. | 5 | 758 |
| CROSS-EXAMINATION BY MR. YOUNG................ | 5 | 777 |
| **PLAINTIFF REBUTTAL WITNESS:** | | |
| CHARLES WEINER, Ph.D. | | |
| REBUTTAL EXAMINATION BY MR. YOUNG............. | 5 | 806 |
| CROSS-EXAMINATION BY MR. BUNSON............... | 5 | 811 |
| PLAINTIFF CLOSING STATEMENT................... | 5 | 827 |
| DEFENSE CLOSING STATEMENT..................... | 5 | 846 |
| VERDICT....................................... | 6 | 869 |

Jury Trial - Volume 6
November 20, 2017

1        (Proceedings held on November 20, 2017.)
2        (The following proceedings were had outside the presence
3   of the jury with all counsel present.)
4            THE COURT:  We are on the record and outside the
5   presence of the jury.
6        I have received a note indicating the jury has reached a
7   verdict with the same initials.  I don't know who that is.
8        I want to make a record on the two instructions I have
9   given to the jury.  One was regarding going home on Friday,
10  and the second was this morning in response to their question
11  regarding pay.
12       I just want the record to reflect that both of these
13  responses were by agreement of counsel.
14       Do you confirm that, Mr. Young?
15           MR. YOUNG:  Yes, Your Honor.
16           MS. COFFEY:  Yes, Your Honor.
17           THE COURT:  And Ms. Coffey?  All right.
18       I indicated, during the trial, that the daily copy
19  transcript should not be posted online at least until the end
20  of the trial.
21       I've done some work on trying to resolve that in my own
22  mind.  There are instructions on the public website for our
23  court which indicate that they are not avail- -- they should
24  not be available to download for 90 days -- I suppose after
25  the verdict?

1    Would you think after the verdict or after judgment?
2    Ninety days maybe after they're prepared and handed to you.
3    I'm not sure.
4             THE REPORTER:  I think after they're filed.
5             THE COURT:  After they're filed.  That would make
6    sense.
7        Until that time, they can be reviewed but not copied in
8    the clerk's office.  After that time, they're available to
9    anyone who has a PACER account.
10       So I would instruct you, Mr. Young, to make sure those
11   are not posted online until 90 days after they're filed, when
12   they would be available anyway.
13            MR. YOUNG:  Yes, Your Honor.
14            THE COURT:  Is there anything else from counsel
15   before I have the jury brought in?
16            MR. YOUNG:  Nothing from plaintiff, Your Honor.
17            MS. COFFEY:  No, Your Honor.
18            THE COURT:  You know that your exhibits will be
19   returned to you.  You are in charge of preserving them for any
20   appeal.
21       Please have the jury brought in.
22       (Jury enters courtroom.)
23            MR. BUNSON:  We're missing one.
24            THE COURT:  I know.
25            JUROR TAYLOR:  You're still missing one.

```
1            THE COURT:  We'll wait.  I'm assuming he is here.
2       Ms. Fields, are you the presiding juror?
3            JUROR FIELDS:  Uh-huh.
4            THE COURT:  Has the jury reached its verdict?
5            JUROR FIELDS:  Yes.
6            THE COURT:  Would you hand the Form of Verdict to
7  the bailiff, please?
8            JUROR FIELDS:  Uh-huh.
9            THE COURT:  I will read the verdict at this time.
10      In the case of Dr. Tudor vs. Southeastern Oklahoma State
11 University and the Regional University System, we, the jury,
12 impaneled and sworn in the above-entitled cause, upon our oath
13 finds as follows:
14      Section I, Hostile Work Environment Claim.  Has the
15 plaintiff proven by a preponderance of the evidence her
16 hostile work environment claim?
17      The answer is "no."
18      Section II, Discrimination Claims 2009-10.  Has plaintiff
19 proven by a preponderance of the evidence that she was denied
20 tenure in 2009-10 because of her gender?
21      The answer is "yes."
22      Section III, Discrimination Claims 2010-11.  Has
23 plaintiff proven by a preponderance of the evidence that
24 defendants' decision to deny plaintiff the opportunity to
25 apply for tenure in the 2010-11 cycle was because of her
```

1  gender?
2      The answer is "yes."
3      Section IV, Retaliation Claim.  Has plaintiff proven by a
4  preponderance of the evidence that, in retaliation for
5  plaintiff's complaint about workplace discrimination,
6  defendants denied plaintiff the opportunity to reapply for
7  tenure in the 2010-11 cycle?
8      The answer is "yes."
9      Section V, If you have answered yes to any of the above,
10 set the amount of damages to which plaintiff is entitled.
11     And the answer is $1,165,000.
12     This is dated today's date and signed by Ms. Fields as
13 the presiding juror.
14     Members of the jury, for each of you I have this
15 question:  Is this your verdict?
16     Ms. Taylor?
17          JUROR TAYLOR:  Yes.
18          THE COURT:  Mr. Payton?
19          JUROR PAYTON:  Yes.
20          THE COURT:  Ms. Hall?
21          JUROR HALL:  Yes.
22          THE COURT:  Ms. Fields?
23          JUROR FIELDS:  Yes.
24          THE COURT:  Mr. Mallory?
25          JUROR MALLORY:  Yes.

```
1              THE COURT:  Ms. Norton?
2              JUROR NORTON:  Yes.
3              THE COURT:  Ms. Morse?
4              JUROR MORSE:  Yes.
5              THE COURT:  And Ms. Rogers?
6              JUROR ROGERS:  Yes.
7              THE COURT:  Members of the jury, that concludes your
8    service in this case and your service in this term of court.
9         I cannot thank you enough.  I know that you now know this
10   is a much more difficult job than you thought it would be
11   coming in.
12        You've obviously given this case a great deal of
13   consideration, thought, energy, and effort.  And we appreciate
14   it.
15        This system of justice may not be the best, but it's the
16   best yet devised, and it relies entirely on people like you to
17   give us your time and energy to resolve these disputes.
18        I thank you very much.  I know that all counsel and
19   parties here in the courtroom thank you as well.
20        I will instruct you -- do they need to stop by
21   downstairs?  They probably do.
22             THE CLERK:  I wouldn't think so.
23             THE COURT:  Unless you need something, like a note
24   for your employer, I don't think you need to stop by
25   downstairs.
```

Case 5:15-cv-00324-C   Document 267   Filed 11/28/17   Page 10 of 13

872

Jury Trial - Volume 6
November 20, 2017

1   I am comfortable in telling you this concludes your
2   service for this term of court unless you hear from somebody
3   to come back, and I'm just pretty sure you won't.
4       You've done your jobs this time, and we thank you.  I'll
5   excuse you, have you follow the bailiff to collect your things
6   in the deliberation room.
7       (Jury exits courtroom.)
8           THE COURT:  I will instruct the -- well, I won't
9   enter judgment on this verdict until I've resolved the
10  questions of restatement and front pay.
11      I think a short round of briefing might be helpful on
12  that.
13      Will there be additional evidence, Mr. Young?
14          MR. YOUNG:  Honestly, Your Honor, would it be
15  possible for us to think about it?  I'd just like to look over
16  the transcript and make sure it's sufficient.
17          THE COURT:  Ms. Coffey, do you know at this point?
18          MS. COFFEY:  Yes, Your Honor, there will be
19  additional evidence.
20          THE COURT:  I'd like you to give me the law first
21  and, if it's possible, to treat it much like a motion for
22  summary judgment with affidavits and documentary evidence.
23      If you know for certain you need testimony, then I would
24  ask that you include that in your briefing as to what you need
25  to introduce in addition to all of that.

Sherri Grubbs, CSR, RPR, RMR, RDR, CRR
United States District Court, Western District of Oklahoma
(405) 609-5203 - sherri_grubbs@okwd.uscourts.gov

1  Let's say -- let's give you-all the week off since it's
2  Thanksgiving.
3  What would 14 days from next Monday be?  Do you have a
4  calendar?  Oh, I have a calendar.  Maybe the 11th of December.
5  Does that sound good --
6          MS. NOVOTNY:  Yes.
7          THE COURT:  -- for plaintiff's brief.
8  Then I don't think you'll need the full 14 days.  Let's
9  have defendants' brief on the 20th and any reply by the 29th
10 given the intervening Christmas holidays.
11 I will -- as I said, I'm not going to enter judgment on
12 the jury's verdict until I have an answer on the other, I
13 think.  I don't know why I should or would.
14 Does it make any difference to you?
15         MR. YOUNG:  It would make a difference, I think to
16 plaintiffs as well as defendants, because we're entitled to
17 costs and fees.
18 I believe the cost application is due 14 days from the
19 date you enter judgment on the verdict.
20         THE COURT:  Okay.  Well, I'll just not enter
21 judgment then.
22         MR. YOUNG:  Okay.
23         THE COURT:  Anything else?  I don't know if I asked
24 that or not.
25         MS. COFFEY:  Your Honor, is this the appropriate

1  time, or do we submit it at some point later, for judgment
2  notwithstanding the verdict on behalf of defendants?
3         THE COURT:  I would say if you want to file a
4  written motion, the same schedule would apply.  Fourteen days
5  from Monday would be your opening brief on that.
6      As counsel are aware, under our local rules, you are not
7  permitted to contact the jurors or speak to them.
8      If they want to contact you, they may, but they won't.
9  If you want to ask my permission to contact them, you may, but
10 I won't give it, so just to give you a head's up on that.
11 We'll be adjourned.
12        (Adjourned at 12:15 p.m.)

Jury Trial – Volume 6
November 20, 2017

REPORTER'S CERTIFICATE

I, SHERRI GRUBBS, Federal Official Court Reporter in and for the United States District Court for the Western District of Oklahoma, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 20th day of November, 2017.

/S/ SHERRI GRUBBS_____

SHERRI GRUBBS, RPR, RMR, RDR, CRR
State of Oklahoma CSR No. 1232.
Federal Official Court Reporter