IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DR. RACHEL TUDOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-15-324-C |
| | ) |
| SOUTHEASTERN OKLAHOMA | ) |
| STATE UNIVERSITY and | ) |
| THE REGIONAL UNIVERSITY | ) |
| SYSTEM OF OKLAHOMA, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Upon consideration of the Jury's Verdict, and the Court's subsequent Orders,

IT IS ORDERED, ADJUDGED, AND DECREED that Judgment be entered in favor of Plaintiff and against Defendants in the amount of $360,040.77 in back pay and compensatory damages, and $60,040.77 in front pay damages.

DATED this 6th day of June, 2018.

ROBIN J. CAUTHRON
United States District Judge