IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DR. RACHEL TUDOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 5:15-CV-00324-C |
| SOUTHEASTERN OKLAHOMA STATE UNIVERSITY, | ) ) ) ) |
| and | ) ) |
| THE REGIONAL UNIVERSITY SYSTEM OF OKLAHOMA, | ) ) ) ) |
| Defendants. | ) |

### PLAINTIFF DR. RACHEL TUDOR'S
### NOTICE OF PROTECTIVE APPEAL

PLEASE TAKE NOTICE that Plaintiff, Dr. Rachel Tudor, hereby appeals, to the United States Court of Appeals for the Tenth Circuit from the order denying her request for reinstatement, ECF No. 275, entered on January 29, 2018; and from the order denying reconsideration of reinstatement, ECF No. 278, entered on February 12, 2018; and from the order denying reconsideration of reinstatement, granting partial front pay, and denying motions to supplement, ECF No. 286, entered on April 13, 2018; and from the order regarding damages, ECF No. 292, entered on June 6,

1

2018; and from the order entering judgment, ECF No. 293, entered on June 6, 2018.

Dated: June 6, 2018

/s/ Ezra Young
Ezra Young (NY Bar No. 5283114)
Law Office of Ezra Young
30 Devoe, 1a
Brooklyn, NY 11211
P: 949-291-3185
F: 917-398-1849
ezraiyoung@gmail.com

/s/ Brittany Novotny
Brittany Novotny
National Litigation Law Group, PLLC
42 Shepherd Center
2401 NW 23rd St.
Oklahoma City, OK 73107
P: 405-429-7626
F: 405-835-6244
bnovotny@nationlit.com

/s/ Marie Galindo
Law Office of Marie Galindo
1500 Broadway, Ste. 1120
Lubbock, TX 79401
P: 806-549-4507
F: 806-370-2703
megalindo@thegalindofirm.com

*Attorneys for Dr. Rachel Tudor*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2018, I electronically filed a copy of the foregoing with the Clerk of Court by using the CM/ECF system, which will automatically serve all counsel of record.

/s/ Ezra Young
Ezra Young (NY Bar No. 5283114)
