# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF OKLAHOMA

RACHEL TUDOR,

Plaintiff,

v.

SOUTHEASTERN OKLAHOMA STATE UNIVERSITY and THE REGIONAL UNIVERSITY SYSTEM OF OKLAHOMA

Defendants.

Case No. 15-cv-324-C

## NOTICE OF APPEAL

Notice is hereby given that the Southeastern Oklahoma State University and The Regional University System of Oklahoma, defendants in the above named case, hereby appeal to the United State Court of Appeals for the Tenth Circuit from the final judgment entered in this action on June 6th, 2018 and the order denying defendants' Renewed Motion for Judgment as a Matter of Law, in the alternative, for a New Trial entered in this action on September 18th, 2018.

Date: September 28, 2018.

Respectfully submitted,

/s/ Zach West
Zach West
*Assistant Solicitor General*
OFFICE OF THE OKLAHOMA ATTORNEY GENERAL
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 522-4798
Zach.West@oag.ok.gov

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September 2018, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Allan K Townsend | Allan.Townsend@usdoj.gov |
| Brittany M Novotny | brittany.novotny@gmail.com |
| Charles J Watts | cjwattslaw@yahoo.com |
| Delora L Kennebrew | delora.kennebrew@usdoj.gov |
| Dixie L Coffey | dixie.coffey@oag.ok.gov |
| Ezra I Young | ezraiyoung@gmail.com |
| Jeb E Joseph | jeb.joseph@oag.ok.gov |
| Jennifer L Arendes | jennifer.arendes@eeoc.gov |
| Kindanne C Jones | kindanne.jones@oag.ok.gov |
| Marie E Galindo | megalindo@thegalindolawfirm.com |
| Meredith L Burrell | meredith.burrell@usdoj.gov |
| Mithun S Mansinghani | Mithun.Mansinghani@oag.ok.gov |
| Shayna M Bloom | shayna.bloom@usdoj.gov |
| Timothy M Bunson | tim.bunson@oag.ok.gov |
| Valerie L Meyer | valerie.meyer@usdoj.gov |

/s/ Zach West
Zach West
*Assistant Solicitor General*
OFFICE OF THE OKLAHOMA ATTORNEY GENERAL
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 522-4798
Zach.West@oag.ok.gov

*Attorney for Defendants*