IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RACHEL TUDOR, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHEASTERN OKLAHOMA STATE UNIVERSITY, ET AL.,<br><br>Defendant. | Case No. 5:15-CV-00324-C |

## ORDER SUBSTITUTING COUNSEL

The Consent Motion for Substitution of Counsel (Dkt. No. 351) is GRANTED. Jerry L. Colclazier and Jillian T. Weiss are substituted as attorneys for Plaintiff Rachel Tudor. The Joint Motion to Withdraw as Counsel of Ezra Young and Brittany Novotny (Dkt. No. 350) is GRANTED. In light of the attorneys' lien filed by Mr. Young and Ms. Novotny, they will be permitted to participate in any future proceedings pertaining to attorneys' fees.

It is noted that this case is currently before the United States Court of Appeals for the Tenth Circuit, which has stayed proceedings pending the outcome of certain cases currently before the United States Supreme Court.

**IT IS SO ORDERED** this 10th day of February 2020.

ROBIN J. CAUTHRON
United States District Judge