FILED
United States Court of Appeals
Tenth Circuit

September 13, 2021

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

DR. RACHEL TUDOR,

    Plaintiff - Appellant/Cross-Appellee,

v.

SOUTHEASTERN OKLAHOMA STATE UNIVERSITY; THE REGIONAL UNIVERSITY SYSTEM OF OKLAHOMA,

    Defendants - Appellees/Cross-Appellants.

------------------------------

NATIONAL WOMEN'S LAW CENTER; A BETTER BALANCE; ALLIANCE FOR A JUST SOCIETY; AMERICAN ASSOCIATION OF UNIVERSITY WOMEN; AMERICAN FEDERATION OF TEACHERS; ATLANTA WOMEN FOR EQUALITY, CALIFORNIA WOMEN LAWYERS; COLORADO WOMEN'S BAR ASSOCIATION; COLORADO ORGANIZATION FOR LATINA OPPORTUNITY AND REPRODUCTIVE RIGHTS; DC COALITION AGAINST DOMESTIC VIOLENCE, END RAPE ON CAMPUS; GENDER JUSTICE; GIRLS FOR GENDER EQUITY; IF/WHEN/HOW: LAWYERING FOR REPRODUCTIVE JUSTICE; IN OUR OWN VOICE: NATIONAL BLACK WOMEN'S REPRODUCTIVE JUSTICE AGENDA; LAWYERS CLUB OF SAN DIEGO;

Nos. 18-6102 & 18-6165
(D.C. No. 5:15-CV-00324-C)
(W.D. Okla.)

| |  |
|---|---|
| LEGAL AID AT WORK; LEGAL VOICE; NATIONAL ASIAN PACIFIC AMERICAN WOMEN'S FORUM; NATIONAL CRITTENTON; NATIONAL EMPLOYMENT LAWYERS ASSOCIATION; NATIONAL LGBTQ TASK FORCE; NATIONAL NETWORK OF ABORTION FUNDS; NATIONAL ORGANIZATION FOR WOMEN FOUNDATION; NATIONAL PARTNERSHIP FOR WOMEN & FAMILIES; NATIONAL WOMEN'S POLITICAL CAUCUS; OKLAHOMA COALITION FOR REPRODUCTIVE JUSTICE; SARGENT SHRIVER NATIONAL CENTER ON POVERTY LAW; SISTERREACH; THE WOMEN'S LAW CENTER OF MARYLAND; WOMEN'S LAW PROJECT; WOMEN'S BAR ASSOCIATION OF THE DISTRICT OF COLUMBIA; LAMBDA LEGAL DEFENSE & EDUCATION FUND, INC., | |
| Amici Curiae. | |

_____

## JUDGMENT
_____

Before **HARTZ**, **EBEL**, and **McHUGH**, Circuit Judges.
_____

These cases originated in the Western District of Oklahoma and were argued by counsel.

The judgment of that court is affirmed in part and reversed in part. The case is

2

remanded to the United States District Court for the Western District of Oklahoma for further proceedings in accordance with the opinion of this court.

                                      Entered for the Court

                                      CHRISTOPHER M. WOLPERT, Clerk