IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DR. RACHEL TUDOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-15-324-C |
| ) | |
| SOUTHEASTERN OKLAHOMA ) | |
| STATE UNIVERSITY and ) | |
| THE REGIONAL UNIVERSITY ) | |
| SYSTEM OF OKLAHOMA, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Tenth Circuit's Mandate issued in this case on October 5, 2021. The Circuit's Order required that Plaintiff be reinstated at Southeastern Oklahoma State University and granted tenure. Accordingly, Defendants are Ordered to reinstate Plaintiff as required by the Tenth Circuit. Plaintiff's tenure shall be deemed to have commenced as if granted during her 2009-10 tenure application process.

The Tenth Circuit also reversed this Court's determination of the appropriate amount of front pay to be awarded to Plaintiff. The parties shall brief this issue de novo giving due consideration to the rulings of the Tenth Circuit. Plaintiff shall file her brief within 21 days of the date of this Order. Defendants' Response and any Reply shall follow in accordance with the timing set forth in the Local Rules.

IT IS SO ORDERED this 12th day of October 2021.

ROBIN J. CAUTHRON
United States District Judge