IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RACHEL TUDOR,<br><br>Plaintiff-Intervenor,<br>v.<br><br>SOUTHEASTERN OKLAHOMA STATE UNIVERSITY, and<br><br>THE REGIONAL UNIVERSITY SYSTEM OF OKLAHOMA,<br><br>Defendants. | Case No. 15-cv-324-C |

## ORDER

NOW on this <u>3rd</u> day of November 2021, the matter of Dr. Rachel Tudor's Motion for Leave to File Surreply [ECF 376] comes on before the Clerk of the District Court pursuant to LCvR 7.1. The Court having reviewed the motion and for good cause shown hereby GRANTS the motion.

**IT IS THEREFORE ORDERED** that Dr. Rachel Tudor shall be permitted to file a surreply to the Reply of Ezra Young and Brittany Novotny to Dr. Rachel Tudor's Opposition to the Motion for Fees and Costs within seven (7) days from the entry of this Order.

**DATED** this <u>3rd</u> day of November, 2021.

ROBIN J. CAUTHRON
United States District Judge