IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DR. RACHEL TUDOR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOUTHEASTERN OKLAHOMA ) <br> STATE UNIVERSITY, ) <br> ) <br> and ) <br> ) <br> THE REGIONAL UNIVERSITY ) <br> SYSTEM OF OKLAHOMA, ) <br> ) <br> ) <br> Defendants. ) | Case No. 5:15-CV-00324-C |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, effective immediately, the Law Office of Jillian T. Weiss, P.C. will change mailing address as follows:

**OLD:**

Law Office of Jillian T. Weiss, P.C.
774 Fourth Avenue
No. 320173
Brooklyn, NY 11232

**NEW:**

Law Office of Jillian T. Weiss, P.C.
226 Prospect Park West, No. 104
Brooklyn, NY 11215

The email address, telephone number and fax number will remain the same. Please update your records.

Dated: November 3, 2021

                                                                                                 */s/ Jillian T. Weiss*
                                                                                                 Jillian T. Weiss
                                                                                                 Law Office of Jillian T. Weiss, P.C.
                                                                                                 226 Prospect Park West No 104
                                                                                                 Brooklyn, NY 11215
                                                                                                 Phone: (845) 709-3237
                                                                                                 Fax:    (845) 684-0160
                                                                                                 Email: jweiss@jtweisslaw.com

                                                                                                 *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2021 the foregoing document was filed with the Clerk of the Court via this Court's CM/ECF electronic filing system, and served on all counsel of record registered to receive electronic notice.

                                                               */s/ Jillian T. Weiss*
                                                            Jillian T. Weiss
                                                            Law Office of Jillian T. Weiss, P.C.
                                                            226 Prospect Park West No 104
                                                            Brooklyn, NY 11215
                                                            Phone: (845) 709-3237
                                                            Fax:    (845) 684-0160
                                                            Email: jweiss@jtweisslaw.com

                                                            *Counsel for Plaintiff*