UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

Room 1210
Oklahoma City, Oklahoma

November 15, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| RACHEL TUDOR, | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | Case No. CIV-15-324-C |
| | ) | |
| SOUTHEASTERN OKLAHOMA STATE UNIVERSITY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ENTER ORDER**:

  The hearing on costs set for November 18, 2021 at 9:00 a.m. is STRICKEN to be reset after the Court rules on pending motions, including motions for attorney's fees.

               By: *Carmelita Reeder Shinn*
                  Carmelita Reeder Shinn, Clerk of Court

Copies to All Parties of Record