IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DR. RACHEL TUDOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-15-324-C |
| ) | |
| SOUTHEASTERN OKLAHOMA ) | |
| STATE UNIVERSITY and THE ) | |
| REGIONAL UNIVERSITY SYSTEM ) | |
| OF OKLAHOMA, ) | |
| ) | |
| Defendants, ) | |

## **ORDER**

By Order dated March 2, 2022, the Court stayed this matter to permit the parties additional attempts at alternative resolution of the issues remaining in this case. The Court has been informed those resolution efforts have failed. Accordingly, within seven (7) days of the date of this Order, the parties shall submit a joint Proposed Scheduling Order to address all remaining issues in this case.

IT IS SO ORDERED this 29th day of March 2022.

_____
ROBIN J. CAUTHRON
United States District Judge