IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

RACHEL TUDOR,

        Plaintiff,

v.

SOUTHEASTERN OKLAHOMA STATE UNIVERSITY, and

THE REGIONAL UNIVERSITY SYSTEM OF OKLAHOMA,

        Defendants.

**Case No. 15-cv-324-C**

## JOINT SCHEDULING ORDER

Pursuant to the Court's Order of March 29, 2022 ([Doc. 402]), the parties have submitted the following Joint Scheduling Order.

| **Deadline** | **Due Date** |
|---|---|
| Defendants' response to Plaintiff's First Motion for Attorney Fees for the Law Office Jillian Weiss [Doc. 301] due | May 5, 2022 |
| Defendants' response to Plaintiff's First Motion for Attorney Fees filed by Ezra Young [Doc. 303] due | May 5, 2022 |
| Defendants' response to Application to Join in Plaintiff's Fee Request by Former Counsel, Transgender Legal Defense and Education Fund [Doc. 306] due | May 5, 2022 |
| Plaintiff's replies to Defendants' responses to Motions for Attorney Fees due | May 16, 2022 |
| Defendants' response to Plaintiff's Motion and Incorporated Brief for Prejudgment Interest, Post-Judgment Interest and Tax Penalty Offset [Doc. 311] due | May 26 , 2022 |
| Defendants' response to Plaintiff's Motion for Recalculation of Damages [Doc. 377] due | May 26, 2022 |

| | |
|---|---|
| Plaintiff's reply to Defendants' response to Plaintiff's Motion and Incorporated Brief for Prejudgment Interest, Post-Judgment Interest and Tax Penalty Offset due | June 6, 2022 |
| Plaintiff's reply to Defendants' response to Motion for Recalculation of Damages due. | June 6, 2022 |

**IT IS SO ORDERED** this 8th day of April 2022.

ROBIN J. CAUTHRON
United States District Judge