IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RACHEL TUDOR,<br><br>            Plaintiff,<br>v.<br><br>SOUTHEASTERN OKLAHOMA STATE UNIVERSITY, and<br><br>THE REGIONAL UNIVERSITY SYSTEM OF OKLAHOMA,<br><br>            Defendants. | **Case No. 15-cv-324-C** |

## ORDER

NOW on this 7th day of June 2022, the Defendants' Unopposed Motion to Amend Scheduling Order [Doc. 410] comes on before the District Court. The Court having reviewed the materials hereby GRANTS the motion.

IT IS THEREFORE ORDERED that all deadlines as stated in the Order of May 3, 2022 ([Doc. 406]) are extended or stricken as follows:

| **Deadline** | **Due Date** |
|---|---|
| Defendants' response to Plaintiff's First Motion for Attorney Fees for the Law Office Jillian Weiss [Doc. 301] | June 16, 2022 |
| Defendants' response to Plaintiff's First Motion for Attorney Fees filed by Ezra Young [Doc. 303] | June 16, 2022 |
| Defendants' response to Application to Join in Plaintiff's Fee Request by Former Counsel, Transgender Legal Defense and Education Fund [Doc. 306] | June 16, 2022 |
| Plaintiff's replies to Defendants' responses to Motions for Attorney Fees | June 26, 2022 |

~ 2 ~

| | |
|---|---|
| Defendants' response to Plaintiff's Motion and Incorporated Brief for Prejudgment Interest, Post-Judgment Interest and Tax Penalty Offset [Doc. 311] | Stricken |
| Defendants' response to Plaintiff's Motion for Recalculation of Damages [Doc. 377] | July 7, 2022 |
| Plaintiff's reply to Defendants' response to Plaintiff's Motion and Incorporated Brief for Prejudgment Interest, Post-Judgment Interest and Tax Penalty Offset | Stricken |
| Plaintiff's reply to Defendants' response to Motion for Recalculation of Damages | July 16, 2022 |

**IT IS SO ORDERED** this 7th day of June 2022.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge