IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

RACHEL TUDOR,

        Plaintiff,

v.

SOUTHEASTERN OKLAHOMA STATE UNIVERSITY, and

THE REGIONAL UNIVERSITY SYSTEM OF OKLAHOMA,

        Defendants.

**Case No. 15-cv-324-C**

## JOINT MOTION FOR ADMINISTRATIVE CLOSING ORDER

The parties jointly move this Court to enter and Administrative Closing Order, as the parties have reached settlement and compromise of this matter. The parties state the following in support:

1. On or about March 11, 2022 and March 24, 2022, the parties attended a judicial settlement conference. Settlement was not reached at that time. [Doc. 403].

2. On March 29, 2022, the Court entered and order directing the parties to submit a joint scheduling order with regard to briefing concerning attorneys fees. [Doc. 402].

3. On April 8, 2022, a Joint Scheduling Order was entered. [Doc. 404].

4. The parties requested two extensions of the Joint Scheduling Order in order to continue settlement negotiations. [Docs. 405 and 410]. The granted the parties' requests. [Docs. 406 and 411].

5. On June 10, 2022, the parties reached a settlement agreement concluding this matter.

WHEREFORE, the parties request the Court to enter an Administrative Closing Order, allowing thirty (30) days for the joint stipulation of dismissal to be filed.

Respectfully submitted,

/s/ Dixie L. Coffey
**DIXIE L. COFFEY, OBA #11876**
**JEB E. JOSEPH, OBA #19137**
**TIMOTHY M. BUNSON, OBA#31004**
Assistant Attorneys General Oklahoma
Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK 73105
Telephone:   405.521.3921
Facsimile:    405.521.4518
Email: dixie.coffey@oag.ok.gov
Email: jeb.joseph@oag.ok.gov
Email: tim.bunson@oag.ok.gov
*Attorneys for Defendants Southeastern Oklahoma State University and The Regional University System of Oklahoma*


**/s/** Jillian T. Weiss
*(signed with permission of counsel)*
**JILLIAN T. WEISS**
Law Office of Jillian T. Weiss, PC
226 Prospect Park West, #104
Brooklyn, New York 112115
Telephone:    845.709.3237
Facsimile:     845.684.0160
Email: jweiss@jtweisslaw.com
*Attorney for Plaintiff*