IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RACHEL TUDOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-15-324-C |
| | ) | |
| SOUTHERN OKLAHOMA STATE UNIVERITY, and | ) ) | |
| | ) | |
| THE REGIONAL UNIVERSITY SYSTEM OF OKLAHOMA, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ADMINISTRATIVE CLOSING ORDER

Pursuant to the Joint Motion for Administrative Closing Order, Dkt. No. 412, the parties have reached a settlement and compromise in captioned matter. It is ordered that the Clerk administratively terminate this action in her records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case within 30 days of this date, to the purpose of dismissal pursuant to the settlement and compromise, Plaintiff's action shall be deemed to be dismissed with prejudice.

**IT IS SO ORDERED** this 15th day of June 2022.

_____
ROBIN J. CAUTHRON
United States District Judge