IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RACHEL TUDOR,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEASTERN OKLAHOMA STATE UNIVERSITY, and THE REGIONAL UNIVERSITY SYSTEM OF OKLAHOMA,<br><br>Defendants. | Case No. 5:15-cv-00324<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by stipulation signed by all parties, Plaintiff Rachel Tudor hereby dismisses this action with prejudice and without fees and costs, and Defendants, Southeastern Oklahoma State University and The Regional University System of Oklahoma, stipulate to the dismissal with prejudice and without fees and costs.

 /s  Jillian T. Weiss
JILLIAN T. WEISS (Pro Hac Vice)
LAW OFFICE OF JILLIAN T. WEISS, P.C.
226 Prospect Park West
Brooklyn, New York 11215
Tel: (845) 709-3237
Fax (845) 684-0160
jweiss@jtweisslaw.com

s/ Jerry L. Colclazier
Jerry L. Colclazier, OBA #13814
COLCLAZIER & ASSOCIATES 404 North Main Street Seminole, OK 74868
Telephone: (405) 382-1212
Facsimile: (405) 382-1214
jerry@colclazier.com

*Attorneys for Plaintiff*

Dated: July 14, 2022

/s/ Dixie L. Coffey
*(Filed with permission of Dixie L. Coffey)*
DIXIE L. COFFEY, OBA #11876
JEB E. JOSEPH, OBA #19137
KINDANNE JONES, OBA #11374
TIMOTHY M. BUNSON, OBA#31004
Assistant Attorneys General Oklahoma Attorney General's Office
Litigation Division 313 NE 21st Street
Oklahoma City, OK 73105
Telephone: 405.521.3921
Facsimile: 405.521.4518
Email: dixie.coffey@oag.ok.gov
Email: jeb.joseph@oag.ok.gov
Email: kindanne.jones@oag.ok.gov
Email: tim.bunson@oag.ok.gov

*Attorneys for Defendants Southeastern Oklahoma State University and The Regional University System of Oklahoma*