IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RACHEL TUDOR,<br><br>        Plaintiff,<br>v.<br><br>SOUTHEASTERN OKLAHOMA STATE UNIVERSITY, and<br><br>THE REGIONAL UNIVERSITY SYSTEM OF OKLAHOMA,<br><br>        Defendants. | Case No. 15-cv-324-C |

## ORDER

NOW on this 4th day of August 2022, the "Plaintiff's and Defendants' Unopposed Joint Motion to Stay Plaintiff's and Defendants' Responses to Young and Stewart's Motion Opposing Dr. Tudor's Rule 41 Dismissal with Prejudice" [Doc. 418] comes on before the District Court. The Court having reviewed the materials hereby GRANTS the motion.

IT IS THEREFORE ORDERED that Plaintiff's and Defendants' response dates to "Young and Stewart's Motion Opposing Dr. Tudor's Rule 41 Dismissal With Prejudice" shall be stayed pending the resolution of Young and Stewart's efforts to intervene in this matter.

**DATED** this 10th day of August 2022.

ROBIN J. CAUTHRON
United States District Judge